UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>DAVID O. KINGSTON,<br><br>Debtor. | Case No. 11-40128 JDP<br><br>Chapter 11 |

**ORDER GRANTING MOTION TO MODIFY TREATMENT OF MEMBERS OF CLASSES 9 AND 12 UNDER CONFIRMED PLAN**

The Debtor's *Motion to Modify Treatment of Members of Classes 9 and 12 Under Confirmed Plan and Request for Order Limiting Notice to Affected Class Members* (Doc. No. 569) (the "Motion") having come before the Court for hearing on February 21, 2018, with Robert J. Maynes appearing on behalf of the Debtor, and no other appearances being made, no objections having been filed or presented at the hearing, notice appearing proper, good cause appearing and for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. As set forth in the Motion, the Plan is modified as follows:

    a. Section 1.2.31 is hereby deleted in its entirety and replaced with the following:

    > 1.2.31 "Net Litigation Recovery" means fifty percent (50%) of any and all funds recovered from adversary actions in this bankruptcy case, less attorney's fees and costs.

    b. Section 3.3.7 is hereby deleted in its entirety and replaced with the following:

    > 3.3.7 Class 9: Class 9 consists of those unsecured claims filed by those entities who have a claim timely filed

pursuant to 11 U.S.C. section 523 and Federal Rule of Bankruptcy Procedure 4003(b) consisting of claimants who filed Claim Nos. 24 and 32.

The Debtor proposes to pay the undisputed amounts to the members of this class and resolve the disputed amounts as described in this Plan. All claims in this class uncontested by the Debtor as well as contested claims in this class that may ultimately be approved by the Court shall receive during each Plan Year during the term of the Plan a pro rate (sic) share of the following respective distributions:

| Distribution Date | Distribution Amount |
|---|---|
| Effective Date | $700,000.00 |
| 1st anniversary of Effective Date | 100,000.00 |
| 2nd anniversary of Effective Date | 0.00 |
| 3rd anniversary of Effective Date | 0.00 |
| 4th anniversary of Effective Date | 0.00 |
| 5th anniversary of Effective Date | 0.00 |
| 6th anniversary of Effective Date | 50,000.00 |
| 7th anniversary of Effective Date | 50,000.00 |
| 8th anniversary of Effective Date | 85,000.00 |
| Conclusion of litigation and collection of amounts due and owing, if any | 18.5% of Net Litigation Recovery |

The total distribution under the Plan to members of this class is $985,000.00, $800,000 of which has been paid prior to this modification, plus 18.5% of the Net Litigation Recovery. The computation of the pro rata share of each creditor holding a Class 9 claim shall be based on the amount of each such creditor's allowed unsecured claim.

c.    Section 3.3.10 is hereby deleted in its entirety and replaced with the following:

3.3.10 Class 12: General Unsecured Claims. Class 12 consists of all General Unsecured Claims that exist against the Debtor, excluding those claimants who constitute members of Class 10. Class 12 includes claims against the Debtor for, without limitation, monies borrowed, rejection of executory contracts and unexpired leases, unsecured deficiency claims if timely filed, and claims for indemnification, if any, but claims for

indemnification or contribution are only included to the extent not included in any other class. This class currently consists of Claim Nos. 1, 15, 18, 24, 28, 32, 41, 59, 63, and 66-69. (The changes to class membership are due to secured creditors' failure to file unsecured deficiency claims as provided for in the Plan).

The Debtor proposes to pay the undisputed amount to the members of this class and resolve the disputed amounts as described in this Plan. All claims in this class uncontested by the Debtor as well as contested claims in this class that may ultimately be approved by the Court shall receive during each Plan Year during the term of the Plan a *pro rata* share of the following respective distributions:

| Distribution Date | Distribution Amount |
|---|---|
| Effective Date | $925,000.00 |
| 1st anniversary of Effective Date | $250,000.00 |
| 2nd anniversary of Effective Date | 0.00 |
| 3rd anniversary of Effective Date | 0.00 |
| 4th anniversary of Effective Date | 0.00 |
| 5th anniversary of Effective Date | 0.00 |
| 6th anniversary of Effective Date | $250,000.00 |
| 7th anniversary of Effective Date | $250,000.00 |
| 8th anniversary of Effective Date | $315,000.00 |
| Conclusion of litigation and collection of amounts due and owing, if any | 81.5% of Net Litigation Recovery |

The total distribution under the Plan to members of this class is $1,990,000.00, of which $1,175,000.00 has been paid prior to this modification, plus 81.5% of the Net Litigation Recovery.

To the extent secured claimants have previously filed proofs of claim prior to the claims bar date and are entitled to an unsecured deficiency under § 506 of the Bankruptcy Code, the same claimants with timely proofs of claim had fourteen (14) days from the Confirmation Date in which to file an <u>amended</u> proof of claim asserting such deficiency. Due to claimants' failure to timely file an amended proof of claim asserting such deficiency, such deficiency claims are absolutely barred and will not participate in distributions as a member of Class 12.

//end of text//

Dated: February 22, 2018

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge


Submitted by:
Maynes Taggart PLLC
Robert J. Maynes
Debtor's Counsel