# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:** <br> **David Orville Kingston,** <br><br> Debtor. | **Bankruptcy Case** <br> **No. 11-40128-JMM** |
| **David Orville Kingston,** <br><br> Plaintiff, <br><br> vs. <br><br> **Bank of American Corp., et al,** <br><br> Defendants. | **Adversary Proceeding** <br> **No. 18-8043-JMM** |
| **David Orville Kingston,** <br><br> Plaintiff, <br><br> vs. <br><br> **Bank of American Corp., et al,** <br><br> Defendants. | **Adversary Proceeding** <br> **No. 18-8044-JMM** |
| **David Orville Kingston,** <br><br> Plaintiff, <br><br> vs. <br><br> **Bank of American Corp., et al,** <br><br> Defendants. | **Adversary Proceeding** <br> **No. 18-8045-JMM** |

ORDER OF REASSIGNMENT − 1

| | |
|---|---|
| **David Orville Kingston,**  <br><br>                    **Plaintiff,**  <br><br>vs.  <br><br>**Bank of American Corp., et al,**  <br><br>                    **Defendants.** | **Adversary Proceeding No. 19-8001-JMM** |
| **David Orville Kingston,**  <br><br>                    **Plaintiff,**  <br><br>vs.  <br><br>**Bank of American Corp., et al,**  <br><br>                    **Defendants.** | **Adversary Proceeding No. 19-8002-JMM** |
| **David Orville Kingston,**  <br><br>                    **Plaintiff,**  <br><br>vs.  <br><br>**Bank of American Corp., et al,**  <br><br>                    **Defendants.** | **Adversary Proceeding No. 19-8003-JMM** |
| **David Orville Kingston,**  <br><br>                    **Plaintiff,**  <br><br>vs.  <br><br>**Bank of American Corp., et al,**  <br><br>                    **Defendants.** | **Adversary Proceeding No. 19-8004-JMM** |

ORDER OF REASSIGNMENT − 2

| | |
|---|---|
| **David Orville Kingston,**<br><br>                    **Plaintiff,**<br><br>vs.<br><br>**Bank of American Corp., et al,**<br><br>                    **Defendants.** | **Adversary Proceeding**<br>**No. 19-8005-JMM** |
| **David Orville Kingston,**<br><br>                    **Plaintiff,**<br><br>vs.<br><br>**Bank of American Corp., et al,**<br><br>                    **Defendants.** | **Adversary Proceeding**<br>**No. 19-8006-JMM** |
| **David Orville Kingston,**<br><br>                    **Plaintiff,**<br><br>vs.<br><br>**Bank of American Corp., et al,**<br><br>                    **Defendants.** | **Adversary Proceeding**<br>**No. 19-8007-JMM** |

## ORDER OF REASSIGNMENT

/ / / / /

ORDER OF REASSIGNMENT − 3

**IT IS HEREBY ORDERED THAT** the above-captioned bankruptcy case and associated adversary proceedings now pending or hereafter arising are assigned to Joseph M. Meier, Chief United States Bankruptcy Judge for the District of Idaho.

**IT IS FURTHER ORDERED** that all pending matters currently scheduled for hearing are vacated and will be rescheduled for a new hearing by Judge Meier.



DATED: December 31, 2019

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

ORDER OF REASSIGNMENT – 4