UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

DAVID ORVILLE KINGSTON,

          Debtor.

Case No. 11-40128-JMM
Chapter 11

**ORDER GRANTING MOTION TO CONSOLIDATE HEARING ON (1) DEBTOR'S MOTION FOR CONTEMPT FOR CONTINUING PLAN VIOLATIONS AND ONGOING WILLFUL VIOLATIONS; AND (2) TRIALS IN CERTAIN ADVERSARY PROCEEDINGS**

THIS MATTER came before the Court on the Motion to Consolidate Hearing on (1) Debtor's Motion for Contempt for Continuing Plan Violations and Ongoing Willful Violations; and (2) Trials in Certain Adversary Proceedings (CR 634) ("Motion").  The hearing on this matter was held on February 19, 2020, at 9:30 a.m. in Pocatello, Idaho ("Hearing").  Counsel for the Debtor, David Orville Kingston ("Debtor"), and all defendants named in all adversary proceedings (Case Nos. 18-08043-JMM, 18-08044-JMM, 18-08045-JMM, 19-08001-JMM, 19-08002-JMM, 19-08003-JMM, 19-08004-JMM, 19-08005-JMM, 19-08006-JMM, and 19-08007-JMM) (collectively the "Adversary Proceedings"), and all defendants who are subject to the Motion for Contempt (CR 614), filed by the Debtor, were present.

This Court having considered the Motion; this Court having determined that all parties at the Hearing stipulated to granting the Motion and consolidating all the Adversary Proceedings with Debtor's Motion for Contempt for purposes of trial; and good cause appearing therefor:

**ORDER GRANTING MOTION TO CONSOLIDATE HEARING ON (1) DEBTOR'S MOTION FOR CONTEMPT FOR CONTINUING PLAN VIOLATIONS AND ONGOING WILLFUL VIOLATIONS AND; (2) TRIALS IN CERTAIN ADVERSARY PROCEEDINGS - 1**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is
granted in its entirety.



DATED:  March 4, 2020

JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by: Randall A. Peterman, ISB No. 1944

APPROVED AS TO FORM AND CONTENT

_____/s/ Stephen K. Madsen_____
Stephen K. Madsen
Dated: March 2, 2020

**ORDER GRANTING MOTION TO CONSOLIDATE HEARING ON (1) DEBTOR'S MOTION FOR
CONTEMPT FOR CONTINUING PLAN VIOLATIONS AND ONGOING WILLFUL VIOLATIONS AND;
(2) TRIALS IN CERTAIN ADVERSARY PROCEEDINGS - 2**